Ryan E. Hatch (SBN 235577)
**HATCH LAW, PC**
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: (310) 957-3301
Fax: (310) 693-5328

*Attorney for Plaintiff*
*ACTIAN CORPORATION*

**HOLLAND & KNIGHT LLP**
Jessica M. Brown (SBN 295293)
Isabella Granucci (SBN 351957)
560 Mission Street, Suite 1900
San Francisco, California 94105
Tel: 415.743.6900
Fax: 415.743.6910
Email: jessica.brown@hklaw.com
isabella.granucci@hklaw.com

**HOLLAND & KNIGHT LLP**
Tricia R. DeLeon (admitted pro hac vice)
Hunter W. Bezner (admitted pro hac vice)
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Tel: 214.964.9500
Fax: 214.964.9501
Email: tricia.deleon@hklaw.com
hunter.bezner@hklaw.com

*Attorneys for Defendants*
*AUTOCLERK, INC. AND BEST WESTERN INTERNATIONAL, INC.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ACTIAN CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> AUTOCLERK, INC. AND BEST WESTERN INTERNATONAL, INC., <br><br> Defendants. | Case No.  5:25-cv-09136-WHO <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES FOR THE RESPONSE AND THE REPLY TO MOTION TO DISMISS COMPLAINT** <br><br> Hearing Date and Time: March 4, 2026 at 2:00 PM |

The Parties' Joint Stipulation to Extend Deadlines for Response and Reply to Motion to Dismiss Complaint has come before this Court.  Having reviewed the moving papers, any opposition thereto, the relevant record, and finding good cause, **IT IS HEREBY ORDERED** that the Joint Stipulation is granted as modified.  The new deadlines for the Response and the Reply to the Motion to Dismiss are February 10, 2026 and February 24, 2026, respectively. **The hearing on the motion shall be set for April 8, 2026, at 2:00 pm by Zoom videoconference.**

**IT IS SO ORDERED.**

Dated:  January 21, 2026



_____
Hon. William H. Orrick

---

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES FOR THE RESPONSE
AND THE REPLY TO MOTION TO DISMISS COMPLAINT
Case No. 5:25-cv-09136-SVK